FILED

OCT - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DANIEL L. DuMONDE, #21609-001
FPC MAXWELL A.F.B. Mobile R
MONTGOMERY, AL.
36112

     Plaintiff,

V.

**Region's Bank,**
Corporate Headquarters-
417 North 20th Street
Birmingham, Alabama, 35203

**Morgan-Keegan**
Morgan Keegan Tower
50 North Front Street
Memphis, Tennessee, 38103

**Bruce Weatherford**
Area Security Officer,
c/o Region's Bank,

    -Defendants.
_____/

CASE No.___

Case: 1:07-cv-01830
Assigned To : Robertson, James
Assign. Date : 10/9/2007
Description: Pro Se General Civil

*JURY ACTION*

## COMPLAINT UNDER 42 U.S.C. §§§1983,1985,1986

**COMES NOW THE PLAINTIFF,** DANIEL L. DuMONDE, and complains
that the above named defendants knew or should have known their
actions to be wrong, did directly and indirectly **Conspire**
to assist, and **did assist** Corrupt State of Alabama and Federal-
Government actors in **covering up and concealing** the fact that
Plaintiff was **Kidnapped** from his Home by use of Fraudulent and
Fictitious (legal) Instruments purporting to be "Arrest Warrant"
and "Probable Cause" affidavit, and defendants **did Negligently,**
**Willfully and with** Reckless Disregard of the actual facts,
contribute and participate in securing Plaintiff's **False-**

**(PAGE ONE)**

## JURISDICTION OF THIS COURT

This Court has Jurisdiction of this Case by Title 28, U.S.C. -§1331.

### MINIMAL CONTACTS

This civil action alledges CONSPIRACY by Defendant(s) who are a Financial Corporation, i.e. "Region's Bank" et.al., who is a Member of FDIC, Federal depositors Insurance Corporation, and it's affilliate, Morgan-Keegan, who do business of Banking and do transact business with other financial Corporations in Washington, D.C.

### STATUTORY AUTHORITY

PLAINTIFF brings his suit under Authority of 42 U.S.C. §1983, for Deprivation of Civil Rights "under color of State Law", whereas Bad State Facts became Federal facts in violation of State of Alabama Law, Plaintiff cites Authority of 42 U.S.C. §1988.

### 42. U.S.C. §1985(3), §1986

It is expressly asserted that Plaintiff, as a legally declared Medically Disabled Person at the time of sustaining Injury by Defendants, that the  Defendant(s) knew Plaintiff was Disabled, as he maintained legitimate banking accounts with the Defendant Region's Bank, where he received direct deposit of his Federal S.S.I. Disability Checks, and that the Defendant(s) here in Cons·· -piracy with others, being Government actors, took Ruthless-advantage of Plaintiff-knowing he was in fact Disabled, and as such unable to AFFORD to Fight the intentional Injustice inflicted upon him by the Co-conspirators, and defendants had knowledge to prevent same, yet failed to do so.

(I.)

## COMPLAINT

--**Imprisonment** by causing **"Region's Bank"** name to appear on an illegal Federal Indictment-where **NO CRIME AGAINST REGION'S BANK** WAS COMMITTED, OR OTHERWISE ATTEMPTED BY PLAINTIFF, who as a legitimate Customer of Region's Bank, Defendants knew or should have known that Plaintiff was also a lawfully Disabled Person, maintaining legitimate savings and checking accounts at Region's Bank, where Plaintiff received direct deposit of his Federal Disability Checks, and this fact was the **ONLY** KNOWLEDGE DEFENDANT REGION BANK, et. al had **as-** relates to this Plaintiff, and otherwise had-**NO PERSONAL OR LEGITIMATE KNOWLEDGE THAT PLAINTIFF HAD COMMITTED ANY ILLEGAL ACT CONCERNING REGION'S BANK,** then proceeded to allow and give permission for use of it's Name-**"Region's Bank"** to Corrupt Government lawyers acting in concert with the lawless State Police who had **Kidnapped** Plaintiff with **Fake Arrest Instruments,** and **did allow, condone and assist the corrupt Actors-**By permitting and sending a Region's Bank legal-Representative to appear in **the illegal Federal trial without knowledge of Plaintiff's involvement of any crime against Region's Bank,** and where **Region's Bank was not the Real Party,** had the illegal Federal Proceedings actually been legal.

**On September 13, 2004, and then on September 14, 2004,** The Defendant **Region's Bank** did send legal Representative-<u>**Bruce -Weatherford**</u>, **Area Security Officer** to participate in the Federal Case **No-04-B-0176-S,** at the Federal Courthouse in Birmingham, Alabama, who without Personal Knowledge of any crime committed by this Plaintiff, appeared as **"witness"** for-

**(PAGE TWO)**

**COMPLAINT**

--for the Government in order to legitimize Fraudulent and illegal proceedings, where Mr. Weatherford's presense and irresponsible statements infered and tended to appear to implicate this Plaintiff in some type of crime against **Region's Bank**, where **No such crime had occurred, and where Region's Bank was not the agrieved Party.**

**Bruce Weatherford did** testify that **Region Bank was Owned or affiliated with- Morgan-Keegan** Investment Group, and this testimony also inferred to the trier of fact that **Morgan-Keegan** had also somehow been injured by some act of this Plaintiff, and did otherwise convey the idea that Plaintiff, having been charged with **Bank Fraud Statute, 18 U.S.C. §513(a),** had injured, or sought to injure, both **Region's Bank and Morgan-Keegan. Morgan Keegan is sued Respondeat Superior.**

DEFENDANT'S COLLUSION ASSISTED FRAUDULENT CAUSE resulting in **Plaintiff's FALSE IMPRISONMENT FOR A NON-EXISTENT FEDERAL CRIME** charged on pretense of concealing the underlying and actual fact that this Plaintiff was **KIDNAPPED FROM HIS HOME BY USE OF FAKE-ARREST WARRANT INSTRUMENTS,** and The Defendants are liable in the Proximate Cause of this Complaint and other-Criminal Acts perpetrated against Plaintiff, where he has been **Severely Injured, Physically, Financially, Emotionally, legally and Psychologically,** and continues to suffer loss of-Freedom at this time as direct result of the Defendant's participation in Felonious and Fraudulent Government Scheme.

**(PAGE THREE)**

Plaintiff Charges **CONSPIRACY** to violation of Civil Rights:

## STATEMENT OF FACTS

**1.** Plaintiff received a diamond ring from Wade Richard Walker, & sold this property, unaware that Mr. Walker had exchanged a Falsely concocted check to victim, a Ms. Bobbie Jackson. The Check contained the name of **"Region's Bank"**.

**2.** On OCTOBER 23, 2003, Jefferson County, Alabama Sheriff's Dept. Personnel forcibly entered and **forcibly abducted Plaintiff** on pretense of charging him with State charge of "1st Degree- "Theft by Deception" as if the receiving and selling of this ring unknowingly were crime of "Theft" as principal.

**3.** The Documents purporting to be State "Arrest Warrant" and- "Probable Cause" Affidavit containing File No. **418453** used in this **Abduction** of Plaintiff from his Home, would not be produced as demanded on the State level, even to a State Writ of Habeas Corpus (**ATTACHED EXHIBITS, DOC.1, & DOC. 2.**)

**4.** These Arrest Instruments purporting to be genuine, also contained a provision for a **"Bond"** of **$100,000, and this Plaintiff while as State Detainee** on the "Theft " charge was held on this amount in The Jefferson County, Alabama Jail, and Amount, nor any Issue, would be Reviewed as Requested in Several Motions to That County's Court.

**5.** This Plaintiff thus held, **Appealed the local County's Refusal to hear Habeas Corpus, directly to The Alabama Court of Criminal Appeals, as EX-PARTE** Petition.

**6.** The local District Attorney, **Melvin David Barber,** then-

## STATEMENT OF FACTS

--entered into **Conspiracy** to violate this Plaintiff-(then State Detainee's) Civil Rights, with a former employee of **D.A. BARBER**, John Bradley Felton, who at that time, **(April, 2004)** had only very recently taken position as an **Assistant United State's Attorney** at The Northern District of ALabama.

**7.** In violation of State of ALabama Statutes, inter alia, **SS-15-21-11,15-21-31, Alabama Code of 1975)**, which provides for fine and imprisonment for Whoever transfers custody of a State Habeas Corpus petitioner without the Jurisdiction of the Court, and for whoever assists in any custody transfer of such Habeas Corpus petitioner, **D.A. BARBER did Remove** this State Detainee from County Jail, first on **April 28, 2004**, and deliver this Plaintiff to **A.U.S.A. JOHN BRADLEY FELTON**, for the express purpose of Unlawfully and Unconstitutionally Causing, by Artifice and Scheme, a **Federal Indictment to Return to the very same BAD STATE FACTS**, then simultaneously on Appeal in The State Appeals by **EX-PARTE WRIT FOR HABEAS CORPUS**, contesting The State Arrest as **illegal**.

**8.** Plaintiff as State detainee was thus illegally removed from State Custody-in violation of State Law, and forced in front of a Federal Grand Jury while still wearing **"Prison Stripe" COunty Jail Uniform, and leg shackle chains**, **"JEFFERSON COUNTY JAIL"**-emblazoned on the Jail Uniform, and Hand Writing Samples demanded concerning the State charge of "Theft" involving Plaintiff's acquaintance, Wade Richard Walker's exchanging a False Check containing the name of **"Region's Bank"**

## STATEMENT OF FACTS

<u>9.</u> Afterwards of the **Prejudicial Appearance** in the "Prison Stripe" Jail Uniform and **chains**, 4/28/2004, Plaintiff was simply returned, the same day, to County Jail and State custody.

<u>10.</u> <u>APRIL 30, 2004</u>, Plaintiff was Indicted Federally for the <u>Same Bad State facts,</u> that **REMAINED ON APPEAL BY HABEAS CORPUS**.

The Indictment charged this now Plaintiff, -and the acquaintance, Wade Richard Walker, with violation of **Title 18 U.S.C. §513(a),(making possessing, uttering a FORGED and Counterfeit** Security-(SAme Check used **in the State Theft).** The language of this Indictment states that this Plaintiff, along with the acquaintance, Wade Richard Walker, exchanged a **OFFICIAL CHECK OF REGION'S BANK** in amount of $16,500 to victim **BOBBIE JACKSON**.

SEE Exact language, **EXHIBIT-"A"**, Federal Indictment, attached)

<u>11.</u> Federal proceeding commenced to this charge, even while these same facts remained on State Habeas Corpus Appeal and contested as an **illegal State arrest**, and Wade Richard Walker plead **guilty in lieu of trial** to making possessing, uttering the **FORGED and Couterfeit Security**, and here Plaintiff insisted that as he **ONLY UNKNOWINGLY RECEIVED THE PROPERTY FROM WALKER, that he was in fact, and (remains) ACTUALLY INNOCENT**, and there insisted on a Trial.

<u>12.</u> In the interim before trial, The **"Questioned Documents Branch"** of **The United States Secret Service** returned **REPORT of Analysis** of this Plaintiff's **HANDWRITING SAMPLES**, which were given APRIL 28, 2004, PRIOR TO FED-INDICTMENT, and- -

STATEMENT OF FACTS

--ALL Handwriting Samples taken on (10)-TEN PAGES of Official-
Secret Service forms, to be INCONCLUSIVE to any Government Cause,
yet, this Plaintiff had ALREADY BEEN INDICTED, 19-DAYS PRIOR-
for a FORGED and Counterfeit Security of REGION'S BANK, where
the Grand Jury-Never Saw This Report.
SEE "U.S. SECRET SERVICE REPORT", MAY 18, 2004, EXHIBIT-"B").

13. The ILLEGAL FEDERAL USURPATION OF BAD STATE FACTS, Having
Removed and Transfered Custody of this then State detainee in
violation of State of ALabama Law, Prejudicing the Grand Jury
causing Illegal Federal Indictment and commencing Proceedings
without Personal Jurisdiction of Plaintiff, as the SAME FACTS-
WERE ON APPEAL SIMULTANEOUSLY - BY STATE HABEAS CORPUS, caused
the Alabama Court of Criminal Appeals, to DISMISS the EX-PARTE
HABEAS PETITION CONTESTING ILLEGAL ARREST-WITHOUT ADDRESSING THE-
ISSUE, OR CITING REASONS FOR DISMISSAL.
SEE "ALABAMA COURT OF APPEALS" DOC., MAY 19, 2004, -EXHIBIT-"C").

14. In this way, Plaintiff was Forced to Illegal Federal Trial
based on The False State Arrest. The Arrest PROVEN False by the
victim, Bobbie Jackson's trial testimony. Upon her examination
of the Probable Cause Affidavit,(EXHIBIT-DOC.2.), she there -
Testified CONTRARY to the Statement of her (Supposedly)-SWORN-
Affidavit, stating she had NEVER SEEN THIS PLAINTIFF BEFORE, and-
HAD NO PERSONAL KNOWLEDGE-of any crime committed by (Plaintiff).
SEE EXHIBITS, R-PAGES 96,100, SEPT. 13, 2004, victim Testimony.

15. These FAKE Arrest Instruments were entered on Record of The
Federal Court AS LEGITIMATE FOR STATE ARREST AND JURISDICTION-

## STATEMENT OF FACTS

---OF THE FEDERAL COURT OF THE SAME ARREST-FACTS.

16. BRUCE WEATHERFORD, AREA SECURITY OFFICER FOR THE NORTH-
CENTRAL REGION OR AREA OF REGION'S BANK, Appeared as "WITNESS"
for The Government, and WITHOUT ANY KNOWLEDGE OF ANY CRIME COMMITED
AGAINST REGION'S BANK BY THIS PLAINTIFF, and where No Crime against
Region's Bank otherwise occurred in Case No. CR-04-B-0176-S, there
made a Number of Official Disclosures, including the FACT that REGION-
-'S BANK  DID NOT OWN THE CHECK GIVEN TO THE VICTIM, BOBBIE JACKSON
BY WADE RICHARD WALKER, But stated the Check the Counterfeit purported
to mimick, was owned by "IPS", or Integrated Payment Systems.

17. MR. WEATHERFORD ALSO STATED THAT THE FALSE CHECK-"Could NOT-
POST" to any account at Region's Bank, because the account number
was -"NON-EXISTENT" at Region's  Bank.

18. The Government then asked Mr. Weatherford, if the Check was
to  go to Region's Bank-TO BE DRAWN ON REGION'S BANK", to which
Weatherford replied-"YES" I THINK THAT'S THE ORIGINAL INTENT OF IT".
SEE  ATTACHED, R-PAGE 234, TESTIMONY OF BRUCE WEATHERFORD, SEP.14,2004

19. The State Probable Cause" Affidavit and "Arrest Warrant" used
to KIDNAP PLAINTIFF FROM HIS HOME, HAS SINCE BEEN PROVEN POSITIVE
TO BE NOT ONLY FRAUDULENT,BUT, -FICTITIOUS AND UNRECORDED, first
by The CLERK OF THE JEFFERSON COUNTY, ALABAMA CIRCUIT COURT,
ANNE MARIE ADAMS, who wrote a letter to Plaintiff in Prison in
Response to Request of Certified Copies of the Documents purporting-
to Arrest Instruments.
SEE  CLERK'S LETTER , OCT. 31, 2005, EXHIBIT-"D")

## STATEMENT OF FACTS, CON'T

20. The Assistant Attorney General for The State of Alabama,

J. MATT BLEDSOE , Responded to charges of KIDNAP BY USE OF THESE

VERY SAME INSTRUMENTS , CONCERNING SAME FACTS HERE, in a Racketeering

Influenced Corrupt Organization Civil Suit-07-0715-JR, (D.C.) filed

by Plaintiff against DISTRICT ATTORNEY DAVID BARBER, A.U.S.A. JOHN

BRADLEY FELTON, U.S. ATTORNEY ALICE H. MARTIN- (Here alledged to have-

elicited Bruce Weatherford's Testimony as "Witness") along with

THE CORRUPT COUNTY LAW ENFORCEMENT COPS WHO MANUFACTURED THE FAKE-

ARREST-WARRANT AND PROBABLE CAUSE AFFIDAVIT, (SGT. V.W. TICE AND -

-LT.PAUL LOGAN), FIVE FEDERAL JUDGES, (PREVIOUS) U.S. ATTORNEY-

GENERAL ALBERTO GONZALES, and others, are also Named Defendants.

21. The Assistant State of ALabama Attorney General, J. MATT BLEDSOE

DID NOT DENY THE "ARREST" INSTRUMENTS WERE FAKE, NOR DID MR. BLEDSOE

DENY THAT PLAINTIFF WAS KIDNAPPED WITH THESE FAKE INSTRUMENTS, NOR

DID THE STATE OF ALABAMA PRODUCE ANY OTHER ARREST WARRANT OR PROBABLE

CAUSE AFFIDAVIT IN THIS CASE. The suit is pending.

22. PLAINTIFF WAS AT THE TIME OF HIS ABDUCTION, AND REMAINS PERMANENTLY

MEDICALLY DISABLED, HAS BEEN BEATEN UP IN FEDERAL CUSTODY AT AND-

DURING THE TIME OF THE FEDERAL TRIAL, AND SINCE BEEN PHYSICALLY

INJURED IN PRISON.

## SUMMARY OF CLAIMS

Corrupt Jefferson County, Alabama Law Enforcement MANUFACTURED

THEIR OWN FAKE "ARREST WARRANT" AND "PROBABLE CAUSE" AFFIDAVIT

WITHOUT ANY JUDICIAL AUTHORITY, then used these Instruments to

FORCIBLY ABDUCT PLAINTIFF FROM HIS HOME. When committed to County -

## SUMMARY OF CLAIMS, CON'T

--Jail and held on the concocted "Bail" Amount of **$100,000**
demanded by the Fake Arrest Instruments, Plaintiff was
actually-HELD FOR RANSOM, and The Abduction of Plaintiff using
these Impotent-Instruments, constituted crime of KIDNAPPING.
 In effort to avoid civil and criminal liability, **D.A. David-
Barber CONSPIRED** with former employee, A.U.S.A. John Felton
to ILLEGALLY CREATE A FEDERAL CAUSE OF ACTION TO THE BAD STATE-
FACTS, by Artifice and Scheme. In Assistance of Concealing the
Corrupt Cops Crime, The Conspirator's thus **Transfered Custody**
of State Detainee/Plaintiff while EX-PARTE HABEAS PETITION WAS
-PENDING, and Subjecting him to Undue Prejudice, caused **Illegal
-Federal Indictment RETURNED TO THE VERY SAME BAD FACTS THEN-
SIMULTANEOUSLY BEING CONTESTED BY WRIT AS AN ILLEGAL-ARREST.**

 The Testimony of the victim, County Clerk's letter, inter-
alia, PROVE THE ARREST INSTRUMENTS FRAUDULENT -AND-FICTITIOUS.
 DISABLED PLAINTIFF was a legitimate account/customer of the
-Bank when REGION'S CONSPIRED WITH CORRUPT GOVERNMENT ACTORS
AND PERMITTED LEGAL REPRESENTATIVE BRUCE WEATHERFORD TO APPEAR-
AS "WITNESS" AGAINST PLAINTIFF WHILE **HAVING NO PERSONAL-
KNOWLEDGE** or other actual facts that Plaintiff committed any
crime against **Region's Bank/Morgan-Keegan**, who **Did Wilfully
Participate** and MADE STATEMENTS TENDING TO INCRIMINATE
PLAINTIFF OF A NON-EXISTENT FEDERAL CRIME AGAINST REGION'S-
BANK, and thereby Assisted in continuing Plaintiff's **FALSE-
IMPRISONMENT AND KIDNAPPING, TO THE EGREGIOUS LEGAL, PHYSICAL,
EMOTIONAL, MENTAL AND FINANCIAL INJURY OF THE PLAINTIFF.**

## DAMAGES AND RELIEF

IN RELIEF, PLAINTIFF SUES REGION'S BANK, Et.Al., for Gross-Negligence as Responsible and **liable** in Conspiracy of his **Kidnapping** and False Imprisonment **resulting** in severe Impairment of his Emotional, Mental and Physical health, and as follows:

**1.** REGION'S BANK IS SUED FOR IN THE AMOUNT OF........**$50,000,000.** (FIFTY MILLION DOLLARS), Payable in U.S. Dollars or--other lawful currency at current rate of Exchange.

**2.** MORGAN-KEEGAN IS SUED FOR IN THE AMOUNT OF.......**$50,000,000.** (FIFTY MILLION DOLLARS) Payable in U.S. Dollars or--other lawful currency at current rate of Exchange.

**3.** BRUCE WEATHERFORD IS SUED  PERSONALLY FOR..........**$5,000,000.** (FIVE MILLION DOLLARS) Payable in Cash at current-exchange rate or other real Property.

**4.** PLAINTIFF WILL SEEK PUNITIVE DAMAGES.

TOTAL DAMAGES- **$105,000,000**

## JURY   TRIAL   DEMANDED

THE FOREGOING FACTS ARE SWORN TRUE, AND THE DOCUMENT EXHIBITS-ARE TRUE COPIES AS RECEIVED BY PLAINTIFF FROM THE RESPECTIVE-GOVERNMENT AGENCY/OFFICIALS.

Sworn by Title 28, U.S.C. §1746,

THIS _4_ DAY OF OCTOBER, 2007,

/s/ _Daniel L. DuMonde_

DANIEL L. DuMONDE, PLAINTIFF, PRO-SE.
#21609-001,  MOBILE-B
FPC MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

(PAGE ELEVEN)

## APPENDIX

EXHIBIT, DOC.1. ... Document Purporting to Be "ALABAMA ARREST-
-WARRANT"-NO. 418453, UNRECORDED.

EXHIBIT, DOC.2. ... Document Purporting to be "Probable Cause"-
-AFFIDAVIT FOR ARREST WARRANT No.418453, UNRECORDED.

EXHIBIT "A", FEDERAL INDICTMENT, APRIL 30, 2004, Charging violation
-of 18 U.S.C. §513(a) "Counterfeit Security of REGION'S BANK.

EXHIBIT-"B", U.S. SECRET SEVICE REPORT, MAY 18, 2004, SHOWING
ALL HANDWRITING SAMPLES OF PLAINTIFF-"INCONCLUSIVE"

EXHIBIT-"C" , ALABAMA COURT OF APPEALS, DOCUMENT, MAY 19, 2004,
SHOWING SAME BAD FACTS WERE ON APPEAL BY HABEAS CORPUS, AT VERY-
SAME TIME FEDERAL GOVERNMENT USURPED SAME FACTS, AND INDICTED.

EXHIBIT-"D", COUNTY CLERK'S LETTER, RESPONDING TO REQUEST FOR
CERTIFIED COPIES OF DOC.S EXHIBITS 1,2, ,"ARREST WARRANT" AND
"PROBABLE CAUSE" AFFIDAVIT", No. 418453,  UNRECORDED.

EXHIBITS, RECORD PAGES, FOR CASE no.CR-04-B-0176, Northern-District
-of Alabama U.S. DISTRICT COURT:

R-PAGE 96, SEPT. 13, 2004, TESTIMONY OF BOBBIE JACKSON, SOLE AFFIANT
-of EXHIBITS DOC.1, & DOC. 2. "ARREST" INSTRUMENTS.

R-PAGE-100, SEPT.13, 2004,  TESTIMONY OF BOBBIE JACKSON, SOLE AFFIANT
-of EXHIBITS-DOC.1 & DOC.2, "ARREST" INSTRUMENTS.

R-PAGE 234, SEPT 14, 2004, TESTIMONY OF BRUCE WEATHERFORD, of REGIONS-
-BANK.

STATE OF ALABAMA
UNIFIED JUD. SYSTEM

FORM DC-6J          7/89

COPY   2031/4092

**AFFIDAVIT / WARRANT**

COPY   CASE NUMBER
03 1247
ID   YR   NUMBER

IN THE DISTRICT COURT OF JEFFERSON COUNTY

THE STATE VS. DUMONDE, DANIEL LAFITTE

AGENCY:  JEFF CTY SHERIFF
OCA:     003087658

23 C

WARRANT NO.   418453
JCID NO.      178493

| SHERIFF'S INFORMATION: | SEX MALE | EYE BLUE | SKIN | | NEAR 51 | YEARS OLD |
|---|---|---|---|---|---|---|
| | RACE WHITE | HAIR BROWN | WEIGHT ABOUT | 195 LBS. | DOB ABOUT | 3/31/1952 |
| | HEIGHT ABOUT | 5 FEET 10 INCHES | | SSN 077687398 | | |

ADDRESS: 324 WASHINGTON ST   1829 12th AVE  EMPLOYER: DISABLED
BESSEMER AL    35020   Bess 35020

REMARKS:  AKA  GOLDBERG, LENNY         SPENCER, DANIEL
          FITTER, MARSHALL            JACKSON, CURTIS

COPY

COPY   1829 0th ST N, Bess 35000

COMPLAINT:

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY  JACKSON, BOBBIE D    WHO BEING DULY SWORN, SAYS THAT
DUMONDE, DANIEL LAFITTE    WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY
DID KNOWINGLY OBTAIN OR EXERT UNAUTHORIZED CONTROL OVER, BY DECEPTION,
     1 DIAMOND RING $25,050.00

**COMMITTED TO JAIL**
OCT 23 2003
MIKE HALE
SHERIFF

THE PROPERTY OF  BOBBIE D JACKSON
WITH THE INTENT TO DEPRIVE THE OWNER OF SAID PROPERTY,  IN VIOLATION OF SECTION
13A-8-3 OF THE ALABAMA CRIMINAL CODE

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS  16  DAY OF  OCTOBER  2003

_____           Bobbie D. Jackson
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY           AFFIANT

TO ANY LAWFUL OFFICER OF SAID STATE,
YOU ARE HEREBY COMMANDED TO ARREST  DUMONDE, DANIEL LAFITTE  AND BRING HIM OR HER BEFORE
THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF
ALABAMA ON A CHARGE OF  THEFT OF PROPERTY FIRST DEGREE (DECEPTION OVER $2500)
PREFERRED BY  JACKSON, BOBBIE D    WITNESS MY HAND THIS  16  DAY OF  OCTOBER  2003

OFFENSE CODE  23990112
_____
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM
$100,000  DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER.
_____
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

COMMENTS:
AT LARGE; BOND JUDGE WATKINS     MAHON   /CGDK   88561306   **FILED**

SERVICE. V W     JCSO  03087658   00000   OCT - 9 2007

RECEIPT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Received in Officer   Executed by Arresting the Within Named Defendant and

EXHIBIT
DOC. 1

07 1830

# DEPOSITION

INTAKE NO. 8896180b

Date: 10/16/13
Issued: 1843
Refused: _____
Referred: _____
Bond: 100,000
Magistrate: Sen

Personally appeared before me ___BOBBIE D. JACKSON___ JUDGE
being by me first duly sworn, deposes and says:                        (Affiant)

On __8 25 2003    1230    PM__ , at __AND 9 PM  3700 CHARLESTON LANE   BHAM AL__
        (date and time)                                (location)

the following incident occurred: _Dabieh came to my home said he was Paul Moores Son. Presented me with a Counterfit cashirs check in ef change for my diamond Ring - center stone 4½K & 2 K on side_

## SUSPECT INFORMATION

Name: __DUMONDE, DANIEL LAFITTE__                Race __W__    Sex __M__    DOB __3 31 1952__

Aliases/Description: __GOLDBERG, LENNY__          HAIR __BRO__    EYES __BLU__

Hgt __5__ ft __10__ in Wgt __195__  Work: __DISABLED__

Res. Add: __J24 WASHINGTON ST__          __BESSEMER AL__          __35020__

SS #: __077 68 7398__        FBI #: __ BH AL__        FPC #: _____

Prior Record? __YES__        Relation to Victim: _____

VICTIM   __JACKSON, BOBBIE D__              DOB __03021932__ RACE __W__   SEX __F__
         __3700 CHARLESTON LANE__
         __BHAM AL__          __35216__    HOME __402 2446__   WORK __243 0302__
                (name and address)
                                                                          NO
## OFFICER IN CHARGE OF CASE                      Does victim have prior record? _____

__TICE, V W__
HOME  __521 1571__   WORK  __972 0462__   JUSO __03087658__       BADGE # __003087658__   ORI  __AL0010000__
                                  OCA __003087658__
                                (name, jurisdiction, case no., phone no.)

## OTHER

In custody? Yes _____ No __X__   If yes, where? __x__           AT LARGE       07 1830
Is this case a Bharx Bail Warrant? Yes _____ No _____  Has case been previously discussed with DA or Magistrate?
Yes _____ No _____   If yes, with whom? _____

OFFENSE: __THEFT 1__

FILED

OCT - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Magistrate

x _Bobbie D Jackson_
          Affiant

EXHIBIT - DOC 2

**EXHIBIT, -DOC. 2**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

<u>SOUTHERN DIVISION</u>

AHM/JBF:MAY2004

FILED

04 APR 30  AM 11:04

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR-04-B-0176-S |
| DANIEL LAFFITE DUMONDE | ) | |
| also known as Paul Moore | ) | |
| also known as Danny | ) | |
| Also known as Daniel Spencer | ) | |
| and | ) | |
| WADE RICHARD WALKER | ) | |

<u>INDICTMENT</u>

<u>COUNT ONE</u>:  [18 U.S.C. §§ 513(a) and 2]

The Grand Jury charges that:

On or about the 25th day of August, 2003, in Jefferson County, within the Northern

District of Alabama, the defendants,

DANIEL LAFFITE DUMONDE,
also known as Paul Moore,
also known as Danny,
also known as Daniel Spencer,
and
WADE RICHARD WALKER,

each aided and abetted by the other, with the intent to deceive Bobby Jackson, did knowingly

make, possess, utter, and did knowingly cause to be made, possessed, and uttered, a counterfeited

security, that is, an official check in the amount of $16,500, drawn on Regions Bank,

Birmingham, Alabama, an organization which operates in and affects interstate commerce, in    *

```
*PAGE TWO TEXT: -violation of Title 18, U.S.C. §513(a) and-
                -2"
```

<u>EXHIBIT "A"</u>

# REPORT

**United States Secret Service**
**Office of Investigations**
*Forensic Services Division*
**Questioned Document Branch**



May 18, 2004

To:   SAIC-Birmingham

Subject:   Daniel Lafitte Dumonde        Case No.:   302-813-31047-S

Type of Examination:        Handwriting        SA Holly        cc: Holly

Reference is made to the Birmingham SSF 1544, serial number 302 2004 CE 69.

### 1.  EXHIBITS EXAMINED

* **Q-1**   One page hand printed letter beginning, "My dearest Frances..." with accompanying letter bearing the partial postmark: "BIRMI...L 352...12...V" marked "Q-1 BK" for identification.

* **Q-2**   Five page handwritten letter beginning, "EMERGENCY NOV 5, 03 Dear Frances..." with accompanying letter bearing the postmark, "BIRMINGHAM AL 352 PM 12 DEC 2003" marked "Q-2 BK" for identification.

* **S-1**   Three SSF 1607A(s), four SSF 1607D(s), and three SSF 1607(s) bearing the specimen writing of Daniel Dumonde.

### 2.  REQUEST

Determine whether or not Daniel Dumonde (S-1) wrote the questioned material on Exhibits Q-1 or Q-2.

### 3.  RESULTS OF EXAMINATION

→  With the material available for comparison, there are indications that Daniel Dumonde (S-1) may have written Exhibits Q-1 and Q-2, but the evidence is not conclusive.

### 4.  REMARKS

If a further comparison is desired, it may be beneficial to obtain non-request (normal course of business) specimens from the Exhibit S-1 writer.

The submitted exhibits are being returned to the Birmingham Field Office.

*EXHIBIT E*

**EXHIBIT-"B"**
SSF 3133 (05/88)

# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

### CR-03-1126

Ex parte Daniel Lafitte Dumonde   (In re: State of Alabama vs. Daniel Lafitte Dumonde)
(Jefferson  District Court: DC2003-12747).

## ORDER

Upon consideration of the above referenced Petition for Writ of Habeas Corpus, the
Court of Criminal Appeals orders that said petition be and the same is hereby DISMISSED.

Done this the 19th day of May, 2004.

H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Robert G. Cahill, District Judge
　　Hon. Anne-Marie Adams, District Clerk
　　Daniel Lafitte Dumonde, Pro Se
　　Hon. Troy King, Attorney General
　　Hon. M. David Barber, District Attorney

<u>DATE SHOWS SAME FACTS ON APPEAL BEFORE-</u>
<u>-& AFTER FEDERAL INDICTMENT</u>

EXHIBIT-"C"

**ANNE-MARIE ADAMS, CLERK**
Jefferson County Circuit Court, Criminal Division
Room 901 Mel Bailey Justice Center
801 Richard Arrington, Jr., Boulevard, North
Birmingham, Al 35203

Date:   10/31/05

To:     Daniel L Dumonde

Dear Sir:

Enclosed are the documents you requested.

These documents are not in the clerk's file:  Arrest Record, Forensic Report,
Investigative reports, officer or witness lists or statements, court reporter trial transcripts,
notice of intent to enhance as HFOA per statute, sentence colloquy, search warrants or
PSI (probation) reports.

Sincerely,

*Anne-Marie Adams*

Anne-Marie Adams, Clerk
Circuit Criminal Court, Jefferson County

EXHIBIT-"D"

EXHIBIT-"D"

COUNTY CLERK'S RESPONSE TO PLAINTIFF's REQUEST FOR CERTIFIED
-COPIES OF ARREST INSTRUMENTS, EXHIBITS DOC.1, & DOC.2.

1  that?

2  A.    The correct terminology, I wouldn't say, but I'm not sure

3  what the correct terminology is there.

4  Q.    Okay.  Does IPS itself affect interstate commerce?

5  A.    There again, I don't know.

6  Q.    Thank you, sir.

7          MR. FELTON:  Nothing further.

8          THE COURT:  Mr. Weatherford, thank you very much.

9          MR. FELTON:  Could I have just about two minutes,

10  Your Honor?

11          THE COURT:  You may.

12              (Brief pause)

13          **REDIRECT EXAMINATION**

14  **BY MR. FELTON:**

15  Q.    Very quickly, Mr. Weatherford, did you verify that the

16  account on the bottom is a Regions routing number?

17  A.    Yes, sir, it's a Regions routing number, and it appears to

18  be a Regions account number.  It's the same number, same

19  numerical sequence.

20          The routing number would cause that check to be sent

21  to Regions bank.  However, it could not post, to the account,

22  because the account number is non-existent at Regions Bank.

23  Q.    So this was purported to go to Regions Bank to be drawn

24  on Regions Bank; correct?

25  A.    Yes, I think that's the original intent of it.

TESTIMONY OF BRUCE WEATHERFORD, OF REGION'S BANK

SEPT. 14, 2004, CASE no. CR-05-B-0176

EXHIBIT

1    actually the ring, if it were in a nice jewelry store

2    somewhere, would sell for between thirty and thirty-five

3    thousand at that time.

4    Q.    And is that ring very distinguishable?

5    A.    Yes, because of the color.  It's an argyle diamond from

6    Europe, and there's only one mine in Italy that mines these

7    diamonds.  And it's listed in a book that's in the jeweler's -

8    Ron Redding, who was the appraiser, had the book that this ring

9    was numbered and listed in -- this diamond was numbered and

10   listed in.

11              MR. FELTON:  I believe that's all I have at this

12   time, Your Honor.

13              THE COURT:  All right.

14                        CROSS-EXAMINATION

15   BY DEFENDANT DUMONDE:

16   Q.    How are you doing, ma'am?

17   A.    How do you do?

18   Q.    Okay.  Have you ever seen me before, ma'am?

19   A.    No.

20   Q.    You had said that -- you had said that Daniel Lafitte

21   Dumonde had called you.  Now, you don't know who the person

22   was that called you pretending to be the father?  You had

23   never met him?

24   A.    I never met him in person, no, sir.

25   Q.    But he spoke to you on the phone?

1    warrant?

2           THE COURT:  No, sir.

3           DEFENDANT DUMONDE:  I mean, swearing to something on

4    a person that you don't know.

5           THE COURT:  Did you learn at some point that there

6    was information that the defendant might be involved in this,

7    that Mr. Dumonde might be involved in this?

8           THE WITNESS:  Yes, ma'am, I did.  I learned through

9    Sergeant Logan -- through Lieutenant Logan and Sergeant Tice,

10   who had done all the research on this, and found who he was and

11   where he was and where he lived and where he was located.

12          And then I gave a description -- I drew a description

13   of the young man, but I had never seen him before until I saw

14   his picture that they had.

15          THE COURT:  All right.

16   Q.   (By Defendant Dumonde)  So you couldn't honestly

17   testify and say that I knowingly obtained anything from you?

18          MR. FELTON:  I object, Your Honor.

19          THE COURT:  Overruled.

20   A.   I don't understand what you're asking me.

21          THE COURT:  Do you have any personal knowledge of

22   your dealings that this man was involved?  That's the question.

23          THE WITNESS:  Oh, no, huh-uh.

24          THE COURT:  All right.  Go ahead.

25          THE WITNESS:  I just got it all from authorities.

TESTIMONY OF BOBBIE JACKSON, SEPT. 13, 2004

-AFFAINT OF EXHIBITS- DOC 1 & DOC 2.  CR-04-B-0176-S

(Northern District of Alabama).

JS-44
(Rev.1/05 DC)

## I. (a) PLAINTIFFS

Daniel L. DeMonDE

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88886
**(EXCEPT IN U.S. PLAINTIFF CASES)**

Pro Se Ya

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
# 21604-001

## DEFENDANTS

Region's Bank, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

AT

Case: 1:07-cv-01830
Assigned To : Robertson, James
Assign. Date : 10/9/2007
Description: Pro Se General Civil

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE an x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☑ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZENS
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

***If Antitrust, then A governs)***

### ☐ E. General Civil (Other) OR ☑ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☑ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| ☐ **G.** *Habeas Corpus/* *2255* | ☐ **H.** *Employment* *Discrimination* | ☐ **I.** *FOIA/PRIVACY* *ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA* *(non-employment)* | ☐ **L.** *Other Civil Rights* *(non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

● 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** ● YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☐ NO If yes, please complete related case form.

**DATE** 10.9.07 **SIGNATURE OF ATTORNEY OF RECORD** NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

