IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANIEL L. DuMONDE,       *
          Plaintiff,     *
                         *
VS.                      *   CASE No. 1:07-cv-01830
                         *
REGION'S BANK; MORGAN-   *
-KEEGAN, and Bruce Weatherford, *
          Defendants.    *
_____/

PROOF OF SERVICE

COMES NOW THE PLAINTIFF, DANIEL L. DuMONDE, and files his -PROOF OF SERVICE in the above referenced Complaint, and as ALL DEFENDANTS HAVE BEEN SERVED via Certified Return Mails, hereby submits the Proofs as follows:

DEFENDANT #1, REGION'S BANK,*1 Was Served on OCTOBER 19, 2007:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Hudson |
| 1. Article Addressed to:<br><br>REGION'S BANK,<br>--CORPORATE HEADQUARTERS<br>417 North 20th Street<br>BIRMINGHAM, ALABAMA<br>        35203 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 3110 0003 3638 6206 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

*1. ORIGINAL U.S. MAIL GREEN RETURN CARD PROVIDED TO CLERK OF -THIS COURT.

(PAGE ONE)

DEFENDANT #2, MORGAN KEEGAN-
WAS SERVED-OCTOBER 22, 2007.



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0003 3638 6213**
Status: **Delivered**

Your item was delivered at 9:50 AM on October 22, 2007 in MEMPHIS, TN 38103.

(Additional Details >)  (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  (Go >)

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



NOTE: AS U.S MAIL GREEN CARD WAS NOT RETURNED, THIS "TRACK AND
-CONFIRM" WAS PROVIDED TO PLAINTIFF BY THE U.S. POSTAL SERVICE.
(PAGE TWO)

<u>DEFENDANT #3</u>, <u>BRUCE WEATHERFORD</u>, Was Served on <u>OCTOBER 19, 2007</u>:

THE ORGINAL U.S. MAIL GREEN RETURN CARD WAS PROVIDED TO THE-
-CLERK OF THIS COURT, together with this submission.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BRUCE WEATHERFORD,
   AREA SECURITY OFFICER,
   C/O REGION'S BANK
   417 NORTH 20th STREET
   BIRMINGHAM, AL., 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____Hudson_____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): G. Hudson    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0003 3638 6220

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    BIRMINGHAM AL 350
19 OCT 2007 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

  DANIEL L. DuMONDE, PRO SE
  #21609-001, MOBILE B
  FEDERAL PRISON CAMP, MAXWELL A.F.B.
  MONTGOMERY, ALABAMA, 36112

(PAGE THREE)

## CERTIFICATION

THAT I, DANIEL L. DuMONDE, PLAINTIFF IN THE ABOVE REFERENCED CASE DO HEREBY CERTIFY THAT THE FOREGOING "PROOFS OF SERVICE" ARE AUTHENTIC COPIES AS RECEIVED FROM THE UNITED STATES POSTAL-SERVICE, and Submit Same as Proof that All Defendants have been served.

**RESPECTFULLY SUBMITTED,**

AND SWORN BY TITLE 28, U.S.C. §1746, THIS 31 DAY OF OCTOBER, 2007,

By-

/s/ Daniel L. DuMonde
DANIEL L. DuMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B
FPC MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112