UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DANIEL L. DUMONDE

      **Plaintiff,**

vs.                                       **Case No. 1:07-cv-01830 (JR)**

**REGIONS BANK, MORGAN KEEGAN,
and BRUCE WEATHERFORD**

      **Defendants.**
_____/

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Regions Bank, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Regions Bank which have any outstanding securities in the hands of the public:

Regions Financial Corporation

I, the undersigned counsel of record for Morgan Keegan, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Morgan Keegan which have any outstanding securities in the hands of the public:

Regions Financial Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Regions Bank and Morgan Keegan.

                                              Respectfully submitted,

                                              /s/ James T. Phalen
                                              James T. Phalen (D.C. Bar No. 435205)
                                              Brian R. Meiners (D.C. Bar No. 482039)
                                              King & Spalding
                                              1700 Pennsylvania Avenue, N.W.
                                              Washington, D.C. 20006
                                              Tel:    202-737-0500
                                              Fax:   202-626-3737
                                              Attorney for Defendants

## Certificate of Service

I hereby certify that a copy of the foregoing Certificate required by Local Civil Rule 7.1 was served this 7th day of November 2007 by first-class mail, postage prepaid to

Daniel L. DuMonde,
#21609-001, Mobile-B
FPC Maxwell Air Force Base
Montgomery, Alabama 36112
Plaintiff, *pro se*

/s/ James T. Phalen
James T. Phalen