ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANIEL L. DuMONDE,         *
         Plaintiff,         *
                            *
VS.                         *    CASE No. 07-cv-01830
                            *
REGION'S BANK, MORGAN-KEEGAN, *
and Bruce Weatherford,      *
         Defendant.         *
_____/

### MOTION TO CLERK FOR ENTRY OF JUDGEMENT OF DEFAULT-PURSUANT TO RULE 55(a) FED RULES OF CIVIL PROCEDURE

COMES NOW THE PLAINTIFF, DANIEL L. DuMONDE, by and through-himself, in Pro-Se, and makes this Motion to The Clerk, Nancy Mayer-Whittington, et.al., pursuant to Federal Rules of Civil-Procedure **55(a)**, and **(b)(1)**, and by this Authority Requests the Clerk to make **Entry of Judgement of Default** against the named defendants in this above referenced case.

Entry of Default and **Sum Certain** is appropriate here as the Defendants, having been duly served, have **Failed to Answer, Plead or Defend** within the **20 Days** alloted by **RULE 12(a)(A), Federal Rules of Civil Procedure.** In support of this Request and Motion, Plaintiff submits the following:

**TO WIT:**

### AFFIDAVIT OF FACTS

(1) Plaintiff filed Complaint against defendants **(1)** Region's Bank, 417 North 20th Street, Birmingam, Alabama, 35203; **(2)** Morgan Keegan, 50 North Front Street, Memphis Tennessee,-

**(PAGE ONE)**

## AFFIDAVIT OF FACTS

-and (3), Bruce Weatherford, Area Security Officer for Region's Bank, 417, North 20th Street, Birmingham, Alabama, 35203, in this Court, citing **Negligence and Conspiracy to violate Plaintiff's civil Rights, Title 42, U.S.C. §1983,§1985(3), §1986).**

(2.) Summonses and Complaint Copy were Issued from The Clerk of this Court, Nancy Mayer Whittington/Maureen Higgins, on **Oct-9,2007, allowing** 20-Days, exclusive of day of Service, summoning the Defendants to answer to the Complaint, and there duly notified the Defendants that should they fail to answer, **-Judgement by Default** would be taken against them for the relief demanded in the Complaint.

(3.) The Complaint seeks Money Damages in the following Amount(s) Respective of each defendant:

    **REGION'S BANK:** $50,000,000, - (FIFTY MILLION DOLLARS, in U.S. Dollars or other lawful currency.

    **MORGAN KEEGAN:** $50,000,000, ⁻ (FIFTY MILLION DOLLARS, in U.S. Dollars or other lawful currency.

    **BRUCE WEATHERFORD:** $5,000,000, -(FIVE MILLION- DOLLARS,

    -Or a Total of **$105,000,000.**

(4.) Plaintiff served all defendants with Copy of Complaint and Summonse. **Region's Bank and Bruce Weatherford were Served-via certified/Return mail through the United States Postal Service on OCT 19, 2007,** and the Original Green Mail return slips were provided to this Court contemporaneously with a- PROOF OF SERVICE OF ALL DEFENDANTS, Dated Oct.31,2007.

## AFIDAVIT OF FACTS

(5) <u>Region's bank has failed to anser,plead or defend</u> in the time of 20-Days allowed by **RULE 12(a)**, Federal Rules of Civil Procedure, and are in **DEFAULT** to the Respective Sum- Certain  of <u>$50,000,000.</u>

(6.) <u>Bruce Weatherford has failed to anser,plead or defend</u> in the time of 20-Days allowed by RULE 12(a), **Federal Rules of Civil Procedure, and is in** <u>DEFAULT</u> to the Respective Sum Certain of <u>$5,000,000.</u>

(7.) <u>**MORGAN KEEGAN** has failed to answer, plead or defend</u> in the time alloted by **RULE 12(a)**, Federal Rules of Civil Procedure, and are in **DEFAULT** to the respective sum certain- of <u>$50,000,000.</u>

(8.) MORGAN KEEGAN WAS SERVED OCT.22, 2007, via certified Return Mail and verification of this date of receipt is included in the "**PROOF OF SERVICE**" filed in this Court, which includes a "Track and Confirm" Search result Report of The United States Postal Service regarding service of summonse and Complaint to this Defendant.

ON THE ABOVE PREMISES CONSIDERED, THE CLERK IS REQUESTED
-TO ENTER THE JUDGEMENT OF DEFAULT TO THE **SUM(S)**-
**CERTAIN AGAINST THE DEFENDANTS.**

The above sworn under penalty for Perjury,Title **18,**
-U.S.C. §1621,and 28 U.S.C. §1746,
THIS /5 DAY OF NOVEMBER, 2007,
By- /s/ *Daniel D. DuMonde*
DANIEL DuMONDE, PLAINTIFF, PRO-SE.
(PAGE THREE)

## PROOF OF SERVICE

I, Daniel L. DuMonde, Plaintiff in the civil case, **No.07--cv-01830,** do hereby swear and affirm that I have caused true copy of the foregoing **"MOTION TO CLERK FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a) FED RULES OF CIVIL PROCEDURES"** to be placed in the mail box of this Institution, via U.S. Mail Postage Paid, and addressed to the following parties:

**REGION'S BANK,**
**CORPORATE HEADQUARTERS**
417 North 20th Street
BIRMINGHAM, ALABAMA, 35203

**MORGAN KEEGAN**
Morgan Keegan Tower
40 Front Street, North
MEMPHIS, TENNESSEE, 38103

**BRUCE WEATHERFORD,**
**AREA SECURITY OFFICER,**
**REGION'S BANK,**
417 North 20th Street
BIRMINGAHM, ALABAMA, 25203

So Sworn by Title 18 U.S.C. §1621, and 28 U.S.C §1746.

AND DONE, THIS ___15___ DAY OF NOVEMBER, 2007,

By-
/s/ Daniel L. DuMonde
DANIEL L. DuMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B
F.P.C. MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

(PAGE FOUR)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DuMONDE,           *
      Plaintiff,           *
                                   *
VS.                          *    CASE No. 1:07-cv-01830
                                   *
REGION'S BANK; MORGAN-        *
-KEEGAN, and Bruce Weatherford, *
      Defendants.          *
_____/

PROOF OF SERVICE

COMES NOW THE PLAINTIFF, DANIEL L. DuMONDE, and files his -PROOF OF SERVICE in the above referenced Complaint, and as ALL DEFENDANTS HAVE BEEN SERVED via Certified Return Mails, hereby submits the Proofs as follows:

DEFENDANT #1, REGION'S BANK,[*1] Was Served on OCTOBER 19, 2007:

[Certified mail return receipt card showing:
Article Addressed to: REGION'S BANK, --CORPORATE HEADQUARTERS, 417 North 20th Street, BIRMINGHAM, ALABAMA 35203
Service Type: Certified Mail
Article Number: 7005 3110 0003 3638 6206
Signature: Hudson; Received by (Printed Name): Hudson
PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540]

*1. ORIGINAL U.S. MAIL GREEN RETURN CARD PROVIDED TO CLERK OF -THIS COURT.

(PAGE ONE)

DEFENDANT #2, MORGAN KEEGAN-
WAS SERVED-OCTOBER 22, 2007.

**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 3110 0003 3638 6213**
Status: **Delivered**

Your item was delivered at 9:50 AM on October 22, 2007 in MEMPHIS, TN 38103.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



NOTE: AS U.S MAIL GREEN CARD WAS NOT RETURNED, THIS "TRACK AND -CONFIRM" WAS PROVIDED TO PLAINTIFF BY THE U.S. POSTAL SERVICE.

(PAGE TWO)

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                 10/29/2007

DEFENDANT #3, BRUCE WEATHERFORD, Was Served on OCTOBER 19, 2007:

THE ORGINAL U.S. MAIL GREEN RETURN CARD WAS PROVIDED TO THE-
-CLERK OF THIS COURT, together with this submission.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signed]_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) G. Hudson  C. Date of Delivery |
| 1. Article Addressed to:<br><br>BRUCE WEATHERFORD,<br>AREA SECURITY OFFICER,<br>C/O REGION'S BANK<br>417 NORTH 20th STREET<br>BIRMINGHAM, AL., 35203 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  XX ☑ Certified Mail   ☐ Express Mail<br>  ☐ Registered       ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 3110 0003 3638 6220 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE        First-Class Mail
BIRMINGHAM AL 350                   Postage & Fees Paid
                                    USPS
19 OCT 2007 PM 5 L                  Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DANIEL L. DuMONDE, PRO SE
#21609-001, MOBILE R
FEDERAL PRISON CAMP, MAXWELL A.F.B.
MONTGOMERY, ALABAMA, 36112

(PAGE THREE)

## CERTIFICATION

THAT I, DANIEL L. DuMONDE, PLAINTIFF IN THE ABOVE REFERENCED CASE DO HEREBY CERTIFY THAT THE FOREGOING "PROOFS OF SERVICE" ARE AUTHENTIC COPIES AS RECEIVED FROM THE UNITED STATES POSTAL-SERVICE, and Submit Same as Proof that All Defendants have been served.

**RESPECTFULLY SUBMITTED,**

AND SWORN BY TITLE 28, U.S.C. §1746,

THIS 31 DAY OF OCTOBER, 2007,

By-

/s/ *Daniel L. DuMonde*
DANIEL L. DuMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B
FPC MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

(PAGE FOUR)