## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**DANIEL L. DUMONDE**

       **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　**Case No. 1:07-cv-01830 (JR)**

**REGIONS BANK, MORGAN KEEGAN,**
**and BRUCE WEATHERFORD**

       **Defendants.**

_____/

## DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff has moved for default judgment on the ground that Defendants did not respond to Plaintiff's Complaint within 20 days. Plaintiff is wrong and his motion should be denied.

According to Plaintiff's motion, Defendants Regions Bank and Bruce Weatherford were served via certified mail on October 19, 2007. *See* Motion at 2. Under Fed. R. Civ. P. 12(a), Regions Bank and Mr. Weatherford were allowed 20 days—until November 8, 2007—to file an Answer or otherwise respond to Plaintiff's Complaint. All Defendants timely filed a Motion to Dismiss Plaintiff's Complaint on November 7, 2007. *See* Docket Entry No. 4.

Plaintiff appears to concede that Defendants' Motion was timely, as he filed a letter with the Clerk asking to "strike" the motion for default judgment. *See* Ex. A.

## CONCLUSION

For all of the foregoing reasons, Plaintiff's Motion for Default Judgment should be denied.

Respectfully submitted,

/s/ Brian R. Meiners
James T. Phalen (D.C. Bar No. 435205)
Brian R. Meiners (D.C. Bar No. 482039)
King & Spalding
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel:    202-737-0500
Fax:    202-626-3737

Attorneys for Defendants

## Certificate of Service

On this 30th day of November 2007, a copy of the foregoing Opposition to Plaintiff's

Motion for Default Judgment was filed electronically. I also hereby certify that a copy of the

foregoing Opposition to Plaintiff's Motion for Default Judgment was served this 30th day of

November 2007 by first-class mail, postage prepaid to

> Daniel L. DuMonde
> #21609-001
> Mobile-B FPC Maxwell Air Force Base Montgomery
> Alabama 36112
> Plaintiff, *pro se*

                              /s/    James T. Phalen
                                     James T. Phalen

Exhibit A

NOVEMBER 16, 2007

DANIEL L. DuMONDE
#21609-001, MOBILE-B
FPC MAXWELL AFB
MONTGOMERY, AL., 36112

CLERK,
U.S. DISTRICT COURT
District of Columbia

RE: <u>07-01830</u>
<u>STRIKE MOTION</u>

Dear Clerk,

   Plaintiff sent "Motion to Clerk for Entry of Default" against the defendants in the above referenced case Number. The Defendant's brief wass subsequently received by <u>late-mail</u> by Plaintiff, resulting in premature request for Entry of Default, where it was apparently timely filed with the Court. Please **strike** that Motion.

THANK YOU.

Respectfully,

/s/ Daniel L. DuMonde

DANIEL L. DuMONDE, PLAINTIFF,
-PRo-Se.