UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,                  :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 07-1830 (JR)
                                    :
REGION'S BANK, *et al.*,            :
                                    :
        Defendants.                 :

### ORDER

For the reasons stated in the accompanying memorandum, the motion of defendants to dismiss [4] is **granted**. This is a final, appealable order.

                              JAMES ROBERTSON
                         United States District Judge