IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DuMONDE         *
    Plaintiff,         *
                   *
V.                      CASE No. 07-1830-JR
                   *
REGION'S BANK, et.al.,    *
    Defendants.          /

## OBJECTIONS TO MEMORANDUM OF DISMISSAL
## AND NOTICE TO DEFENDANT OF RE-FILING COMPLAINT

  COMES THE PLAINTIFF, DANIEL L. DuMONDE, Pro-Se, in the above referenced civil action, and **OBJECTS** to this Court's language of it's Memorandum, as showing **bias** and **Prejudice** to Plaintiff, and gives **Notice to Defendant** that Complaint **shall be re-filed.**

OBJECTIONS TO COURT'S LANGUAGE:

  Plaintiff OBJECTS that while he will not seek appeal in The District of Columbia, that this Court at the direction of **U.S. District court Judge James Robertson** has used language showing **bias** and **prejudice** toward Plaintiff.

  Specifically, in addressing Plaintiff admission that defendant **Morgan-Keegan** must be dismissed because civil rights statutes do not admit of Respondeat superior liability, the court has said in it's Memorandum:

> 'That concession, as region's Bank points out is fatal to plaintiff's claim against the bank, which would be liable, **if at all, only because of the action's of it's agent,** Bruce Weatherford."   **Id. 1st Page, Memorandum,-**
>                                               (DOC.#11).
>                       -(Emphasis Added).

**(PAGE ONE)**

First, Region's Bank was not being sued "Respondeat Superior", and- -Plaintiff takes objection to the words "**if at all**" in context of the Memorandum's wholesale agreement allowing all of defendant's Objections to Jurisdiction of this Court, including where the Court has stated-"Defendant's are also correct...; "that there was nothing in plaintiff's complaint or his response to the motion properly invoking the D.C. longarm Statute, D.C. Code § 13-423;" -and-"that Plaintiff's **bare allegations of Conspiracy are insufficient to establish personal jurisdiction over either the Bank or Mr. Weatherford;**"

Plaintiff **OBJECTS** that contrary to this Court's apparent agreement with the Defendants that Plaintiff's claims are "**bare Allegations of Conspiracy**" that Plaintiff has submitted **PROOFS POSITIVE OF CONSPIRACY** shown by **Ipso Facto**-"by the fact itself", that Region's Bank is (supposed) to be an aggreived Party of the Federal Indictment against Plaintiff in Case No. **04-B-0176-S**, and it is clear and apparent that neither Region's Bank nor defendant Bruce Weatherford had any Knowledge that here Plaintiff committed any crime -or any **Bank Fraud**-against the Defendants, yet Plaintiff was convicted of precisely that. Plaintiff submits he has at least presented prima facie evidence of Conspiracy to deprive Plaintiff of his Civil rights, and again asserts that the facts cannot be reasonably contested.

This language by Judge Robertson in overt agreement with the defendants that Plaintiff's claims are "bare allegations"- -**Id. 1st Page Memorandum**, is at once unreasonable and shows- a **bias** by Judge Robertson and a **Prejudice** toward Plaintiff.

**(PAGE TWO)**

This statement by the Judge in the Court's memorandum dismissing the defendants under the circumstances that the absolute fact is that Plaintiff remains in **False Imprisonment as a direct result of the defendants interactions with corrupt Government Attorneys**-i.e <u>Conspiracy</u>, and that the Complaint attaches as Exhibits <u>Proofs Positive</u> supporting this claim, again shows that this Court has unreasonably and unfairly favored the Defendants here.

> " Facts asserted by plaintiff are presumed true unless directly contradicted by affidavit"
> <u>Dooley v. United Technologies Corp</u>. 786 F Supp 65-(D.D.C. 1992)

Plaintiff (again) OBJECTS that defendant Region's Bank is <u>liable **not "ONLY" because of the actions of it's agent**</u>, but as Plaintiff previously objected to this Court and such objection apparently not considered by the Court, that **Region's Bank -itself- allowed use of it's name on the illegal Federal Indictment-<u>prior to sending it's agent,defendant Bruce Wetaherford</u>**. Therefore, Region's Bank directly acted in assistance of Conspiracy, and Plaintiff <u>OBJECTS</u> that this Court has not approached "the merits more closely" in Plaintiff's Complaint, as claimed by the Court. Plaintiff has been **Denied Due Process**

RESPECTFULLY SUBMITTED,

THIS 25 DAY OF DECEMBER, 2007,

By- /s/ *[signature]*
DANIEL L. DuMONDE, PLAINTIFF, PRO-SE

(PAGE THREE)

## PROOF OF SERVICE

That I. Daniel L. DuMonde, Plaintiff in the above referenced civil action, do hereby and affirm that I have caused true copy of the foregoing **"OBJECTIONS TO MEMORANDUM OF DISMISSAL AND NOTICE TO DEFENDANT OF RE-FILING OF COMPLAINT"**, to be placed in the mail box of this Institution, correct U.S. Postage Paid, and addressed to the following Party, **Attorneys for defendants:**

:James T. Phalen
KING & SPAULDING
1700 Pennsylvannia Ave.
-N.W.,
WASHINGTON, D.C., 20006

SO SWORN, AND DONE,

THIS 25 DAY OF DECEMBER, 2007

By-

/s/ *[signature]*
DANIEL L. DuMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B
FPC MAXWELL A.F.B.
MONTGOMERY, ALABAMA, 36112

(PAGE FOUR)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,             :
                               :
        Plaintiff,             :
                               :
    v.                         :  Civil Action No. 07-1830 (JR)
                               :
REGION'S BANK, et al.,         :
                               :
        Defendants.            :

### MEMORANDUM

This matter is before the Court on the motion of Region's Bank, Morgan Keegan and Bruce Weatherford to dismiss, asserting numerous grounds for dismissal, nearly all of them well taken. Plaintiff appears *pro se*. The matter has been fully briefed. In his response, plaintiff concedes that defendant Keegan must be dismissed because the civil rights statutes do not admit of respondeat superior liability. That concession, as Region's Bank points out, is fatal to plaintiff's claim against the bank, which would be liable, if at all, only because of the actions of its agent, Bruce Weatherford. Defendants are also correct that 42 U.S.C. § 1988 confers no substantive rights; that there was nothing in plaintiff's complaint or his response to the motion properly invoking the D.C. Longarm Statute, D.C. Code Ann. § 13-423; that plaintiff's bare allegations of conspiracy are insufficient to establish personal jurisdiction over either the bank or Mr. Weatherford; and that in any event, and approaching the merits more closely, plaintiff's claim is based principally

on testimony given against him by Mr. Weatherford and the bank, but it is clear that trial testimony cannot be the basis of § 1983 liability. An appropriate order accompanies this memorandum.

                              JAMES ROBERTSON
                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,          :
                            :
        Plaintiff,          :
                            :
    v.                      :  Civil Action No. 07-1830 (JR)
                            :
REGION'S BANK, et al.,      :
                            :
        Defendants.         :

### ORDER

For the reasons stated in the accompanying memorandum, the motion of defendants to dismiss [4] is **granted**. This is a final, appealable order.

JAMES ROBERTSON
United States District Judge